**FILED**
March 12, 2019
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>ALICIA MARIE MCCOY,<br><br>    Defendant. | Case No. 2:19-CR-00043-MCE-3<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>ALICIA MARIE MCCOY</u>, Case No. <u>2:19-CR-00043-MCE-3</u>, Charge <u>21 USC §§ 841(a)(1), 846</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    ✔ Bail Posted in the Sum of $ <u>10,000 (co-signed)</u>

        ✔ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

    ✔ (Other) <u>Defendant to be released on 3/13/2019, to Pretrial Services for transport. To Well Space. With Pretrial Release Supervision and Conditions of Release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>March 12, 2019</u> at <u>2:40</u> pm.

By _____
Deborah Barnes
United States Magistrate Judge