**Law Offices of David M. Garland**
**455 Capitol Mall # 802**
**Sacramento, CA 95814**
**Telephone: (916) 366-1069**
**Email: dgarland@rocketmail.com**

September 23, 2019

### MEMORANDUM

To: Chief Judge (or Delegate) England
United States District Court,
Eastern District of California

Date: September 22, 2019

From: David Garland, Attorney for Defendant

Re: Advance Authorization for Travel

It is requested that advance authorization be granted to obtain services in an amount in excess of the maximum allowed under the provisions of section (e)(3) of the Criminal Justice Act, 18 U.S.C. 3006(A), as follows:

Case Name and Designation: United States v. Alicia McCoy 2:19cr-00043-MCE

Name of Investigator: Fred J. Scoville. Lie.PI- 13810
Butcher, Scoville & Associates
455 Capitol Mall #802
Sacramento, CA 95814
(916) 837-6589
Tax ID # 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

Reason for Application: Ms. McCoy's father, Brent McCoy is terminally ill and is at the end of his life. I have spoken with her family and with the hospital and it appears he will transition to hospice care for palliative care soon. The defendant's brother, Anthony McCoy, has power of attorney for the

1

father and is waiting to see if Alicia will be released and allowed to go to Chicago, in the custody of Investigator Scoville to see her father one last time. The defendant's mother, brother and other family live in the Chicago area. As of the writing of this memorandum, the father is being kept alive hopefully long enough to have Alicia see him one last time.

Estimated Compensation:

It is respectfully requested that the authorization for investigative travel for Fred Scoville be granted for four (4) days and three (3) nights at the Per Diem rate of $223.00 per night for lodging during his travel to Chicago, Illinois. He also needs to rent a car at a cost of $80.00 per day and for food at the Per Diem rate of $80.00 per day.

It will take one travel day to get to Chicago, as the defendant is incarcerated at the Nevada City Jail; one day to see her father in the care facility; one day to meet all of her siblings and family members and finally one last day to travel back to Sacramento and return to the Nevada City Jail. The amounts requested are $675.00 for lodging; $750.00 for airfare; a rental car cost of $250.00 and Per Diem of $80.00 per day for 4 days (totaling $320.00). The total travel cost requested is $1975.00.

The defendant's brother and her father's power of attorney, Anthony McCoy, will pay for her costs of the travel. The airfare will be paid for from the Federal Defender's account with National Travel. I estimate that $1975.00 will be needed for the above travel and 37 hours @ $85.00 an hour are are needed for investigative time.

I declare under penalty of perjury that the information set forth above is true and correct to the best of my knowledge and that the services requested are necessary to afford constitutionally adequate representation of Ms. McCoy. This was executed in Sacramento, California on 9-22-19

Signed: David M. Garland

David M. Garland
Dated: 9-22-19

CERTIFICATION:

I certify that the estimated compensation or fee for travel in excess of the maximum set forth in subsection (e)(3) of the Criminal Justice Act appears necessary to provide fair compensation for services of an unusual character or

2

duration and therefore recommend approval of this advance authorization in the amount of $1975.00.

_____
United States District Judge or Magistrate


Advance travel authorization is hereby approved in the amount of $1975.00


_____
9th Circuit Authorization    Date:
3

CJA 21 AUTHORIZATION AND VOUCHER FOR EXPERT AND OTHER SERVICES (Rev. 05/12)

| 1. CIR./DIST./ DIV. CODE 0972 | 2. PERSON REPRESENTED McCoy, Alicia Marie | | VOUCHER NUMBER | |
|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER 2:19-CR-00043-MCE | 5. APPEALS DKT./DEF. NUMBER | | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF *(Case Name)* U.S. v McCoy | 8. PAYMENT CATEGORY ☑ Felony ☐ Petty Offense ☐ Misdemeanor ☐ Other ☐ Appeal | 9. TYPE PERSON REPRESENTED ☑ Adult Defendant ☐ Appellant ☐ Juvenile Defendant ☐ Appellee ☐ Other | | 10. REPRESENTATION TYPE *(See Instructions)* Criminal Case |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*
21 U.S.C. 846 and 841; 21 U.S.C. 841(a)(1); 21 U.S.C. 853(a)

### REQUEST AND AUTHORIZATION FOR EXPERT SERVICES

12. ATTORNEY'S STATEMENT
As the attorney for the person represented, who is named above, I hereby affirm that the services requested are necessary for adequate representation. I hereby request:
☑ Authorization to obtain the service. Estimated Compensation and Expenses: $ 3,145.00    OR
☐ Approval of services already obtained to be paid for by the United States pursuant to the Criminal Justice Act. *(Note: Prior authorization should be obtained for services in excess of $800, excluding expenses)*

Signature of Attorney  David Garland   *Digitally signed by David Garland Date: 2019.09.23 11:14:44 -07'00'*   Date  9/23/2019

☑ Panel Attorney   ☐ Retained Attorney   ☐ Pro-Se   ☐ Legal Organization
ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS
David M. Garland SBN 223679; 455 Capitol Mall #802; Sacramento, CA 95814
Telephone Number:  (916) 366-1069

13. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES *(See Instructions)*
Investigative services related to custodial escort of client during temporary release to Chicago, IL to visit her terminally ill father

14. TYPE OF SERVICE PROVIDER *(See Instructions)*
01 ☑ Investigator
02 ☐ Interpreter/Translator
03 ☐ Psychologist
04 ☐ Psychiatrist
05 ☐ Polygraph
06 ☐ Documents Examiner
07 ☐ Fingerprint Analyst
08 ☐ Accountant
09 ☐ CALR (Westlaw/Lexis, etc.)
10 ☐ Chemist/Toxicologist
11 ☐ Ballistics
12 ☐ Weapons/Firearms/Explosive Expert
14 ☐ Pathologist/Medical Examiner
15 ☐ Other Medical
16 ☐ Voice/Audio Analyst
17 ☐ Hair/Fiber Expert
18 ☐ Computer (Hardware/Software/Systems)
19 ☐ Paralegal Services
20 ☐ Legal Analyst/Consultant
21 ☐ Jury Consultant
22 ☐ Mitigation Specialist
23 ☐ Duplication Services
24 ☐ Other *(Specify)*
25 ☐ Litigation Support Services
26 ☐ Computer Forensics Expert

15. COURT ORDER
Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 12 is hereby granted.

Signature of Presiding Judge or By Order of the Court

Date of Order       Nunc Pro Tunc Date
Repayment or partial repayment ordered from the person represented for this service at time of authorization.
☐ YES    ☐ NO

### CLAIM FOR SERVICES AND EXPENSES | FOR COURT USE ONLY

| 16. SERVICES AND EXPENSES *(Attach itemization of services with dates)* | AMOUNT CLAIMED | MATH/TECHNICAL ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|
| a. Compensation | | | |
| b. Travel Expenses *(lodging, parking, meals, mileage, etc.)* | | | |
| c. Other Expenses | | | |
| **GRAND TOTALS (CLAIMED AND ADJUSTED):** | $0.00 | $0.00 | |

17. PAYEE'S NAME AND MAILING ADDRESS

TIN: _____

Telephone Number: _____

CLAIMANT'S CERTIFICATION FOR PERIOD OF SERVICE FROM _____ TO _____

CLAIM STATUS    ☐ Final Payment   ☐ Interim Payment Number _____   ☐ Supplemental Payment

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment *(compensation or anything of value)* from any other source for these services.

Signature of Claimant/Payee _____   Date _____

18. CERTIFICATION OF ATTORNEY  I hereby certify that the services were rendered for this case.

Signature of Attorney _____   Date _____

### APPROVED FOR PAYMENT — COURT USE ONLY

| 19. TOTAL COMPENSATION | 20. TRAVEL EXPENSES | 21. OTHER EXPENSES | 22. TOTAL AMOUNT APPROVED/CERTIFIED $0.00 |
|---|---|---|---|

23. ☐ Either the total cost *(excluding expenses)* of all services combined does not exceed $800, or prior authorization was obtained.
☐ Prior authorization was not obtained, but in the interest of justice the Court finds that timely procurement of these necessary services could not await prior authorization, even though the cost *(excluding expenses)* exceeds $800.

*[signature]*        9/24/19
Signature of Presiding Judge    Date    Judge Code

| 24. TOTAL COMPENSATION | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMOUNT APPROVED $0.00 |
|---|---|---|---|

28. PAYMENT APPROVED IN EXCESS OF THE STATUTORY THRESHOLD UNDER 18 U.S.C. § 3006A(e)(3)

Signature of Chief Judge, Court of Appeals (or Delegate)   Date   Judge Code