FILED
September 24, 2019
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 19CR00043-MCE-3 |
| ) Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF PERSON IN CUSTODY |
| ) | |
| ALICIA MARIE MCCOY, ) | |
| ) Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __ALICIA MARIE MCCOY__ , Case No. __19CR00043-MCE-3__ , Charge __21USC § 841(a)(1)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $__

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

    ✔ (Other) __Pretrial conditions as stated on the record__

***The defendant shall be released on 9/26/2019 at 8:00 a.m. to Fred Scoville and returned on Sunday, September 29, 2019 no later than 7:00 p.m.***

Issued at __Sacramento, CA__ on __September 24, 2019__ at __3:16 pm__ .

                              By     /s/ Allison Claire
                                        Allison Claire
                                        United States Magistrate Judge

Copy 2 - Court