DAVID M. GARLAND, SBN 223679
455 Capitol Mall #455
Sacramento, CA 95814
(916) 366-1069
dgarland@rocketmail.com

Attorney for Alicia McCoy

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-CR-00043-MCE-3 |
| Plaintiff, | ORDER PERMITTING TEMPORARY RELEASE OF DEFENDANT FROM CUSTODY TO DEFENSE INVESTIGATOR FRED SCOVILLE |
| v. | |
| ALICIA McCOY, | |
| Defendant. | Hearing Date: September 24, 2019<br>Time: 2:00 p.m.<br>Judge: Hon. Allison Claire |

**ORDER FOR TEMPORARY RELEASE**

BASED ON THE REPRESENTATIONS OF THE PARTIES, and good cause appearing to exist, the Court orders the following:

1. ALICIA MARIE McCOY, (DOB ) shall be released from the Sacramento County Jail in Sacramento, California on a "Temporary Out" on September 26, 2019 at 8:00 a.m., to the temporary custody of Investigator Fred Scoville, who has agreed to serve as her third-party custodian.

2. Upon temporary release, Alicia McCoy shall remain with the third-party

custodian while traveling from the Sacramento County Jail to visit her terminally ill father who is currently in hospice care in Elk Grove Village, Illinois. Investigator Scoville shall remain with Ms. McCoy at all times, including during the trip to and from the airport, during the departing and return flights, and during the visit with her father.

3. Investigator Scoville shall return Alicia McCoy to the Sacramento County Jail by 7:00 p.m. on Sunday, September 29, 2019.

DATED: September 25, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE