

FILED
FEB 24 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY

January 30, 2020

Honorable Judge Shubb
Honorable Judge Morrison C. England, Jr.
Eastern District US Federal Court
Matsuyi Federal Courthouse
Sacramento, CA 95814

Re: Case #2:19-CR-0043-MCE, McCoy, Alicia

Your Honors,

I'm writing you this letter in desperate hopes that you are able and willing to help me with my legal dilemma. The unexpected absence of Judge England necessitates this correspondence be addressed to you (Judge Shubb), primarily. According to my information, my case has been assigned to you, at least for the time being.

I am requesting to have a new panel attorney appointed to represent me in the above cited case. My current attorney, David Garland, is not providing competent representation. My charges are serious and my freedom is in jeopardy. I have not seen any discovery. I have not received my indictment, complaint or an arrest warrant. My codefendants have their discoveries and have plea offers to consider. They are informed and prepared to make decisions. I am asking for an attorney to help me get there. Attorney Garland has been by and large, mute and invisible. Phone calls are seldom answered. When contact is successful, promises are made. Those are not kept. I have used all avenues possible in order to reach Attorney Garland.

Case#2:19-CR-0043-MCE

In May of 2019 I was remanded from on Pre-trial due to an incident at rehab. I was cleared to return to treatment several months ago. Attorney Garland did not file the paperwork. He still has not done so. In September of 2019, my father passed away. Attorney Garland did get permission for me to go home. Unfortunately, due to his slow response to my many requests, I arrived one day after my Dad's death.

Between then and now many other things have added to the stress of no communication with Attorney Garland. My grandfather has passed away. My mother is very ill and will be having major surgery next month. I have no expectation, based on past performance, of legal relief available to me considering these stressful times.

Mr. Garland may be an excellent attorney, but under these circumstances, I really need to have someone else represent me. I believe my conflicts concerning him are irreconcilable due to a complete breakdown in communication sufficient to prevent an adequate defense.

With the sound discretion of the court, I would like Attorney Garland relieved from my case, referenced above. I would like a new attorney appointed to properly guide me through the process with a fighting chance.

Thank you for your time.


Sincerely,



Alicia McCoy
2:19-CR-0043-MCE


AM/lsc