Law Office of David M. Garland
David M. Garland, State Bar #223679
455 Capital Mall Ste. 802
Sacramento, CA 95814
Telephone: (916) 366-1069

Attorney for Defendant ALICIA McCOY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00043-MCE-3 |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER GRANTING AND SETTING FORTH SPECIAL CONDITIONS DEFENDANT'S PRE-TRIAL RELEASE |
| ALICIA McCOY, | |
| Defendant | |

STIPULATION

The parties hereby stipulate to and request an order from the court granting defendant ALICIA McCOY Pre-Trial Release subject to the attached AMENDED SPECIAL CONDITIONS OF RELEASE. Assigned United States Pretrial Services representative STEVEN SHEEHAN is aware of this stipulation and amenable to the request for the proposed order.

IT IS SO STIPULATED.

Dated:     May 6, 2020                    /s/ DAVIDGARLAND
                                          DAVID GARLAND
                                          Counsel for Defendant
                                          ALICIA McCOY.


Dated:     May 6, 2020                    /s/GRANT RABENN
                                          GRANT RABENN
                                          Assistant United States Attorney


**[PROPOSED] FINDINGS AND ORDER**


IT IS SO FOUND AND ORDERED this 8th day of May, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

## AMENDED SPECIAL CONDITIONS OF RELEASE

Re: Alicia McCoy
No.: 2:19-CR-00043-MCE-3
Date: May 11, 2020

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You must cooperate in the collection of a DNA sample;

3. You must restrict your travel to Eastern District of California and the Northern District of Illinois unless otherwise approved in advance by the pretrial services officer;

4. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

5. Upon successful completion of residential drug treatment, you must seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

6. You must refrain from any use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

7. You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

8. You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;

9. You must not associate or have any contact with codefendants unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;

10. You must report any contact with law enforcement to your pretrial services officer within 24 hours;

11. **Your release on bond will be delayed until May 11, 2020, at 9:00 a.m. at which time you will be released from custody to your assigned defense counsel or to a person approved by Pretrial Services**;

12. You must participate in the substance abuse treatment program at Wellspace Inc. inpatient facility and comply with all the rules and regulations of the program. You must remain at the inpatient facility until released by the pretrial services officer;

13. Upon successful completion of Wellspace Inc., you are released to the third-party custody of Maria E. Villareal. You must reside with your third-party custodian, or at an address approved by Pretrial Services, and you must not change your residence or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer.