1  David M. Garland, SBN 223679
   455 Capitol Mall #802
2  Sacramento, California 95814
   Telephone: (916) 366-1069
3  Email:  dgarland@rocketmail.com

4  Attorney for Defendant
   ALICIA McCOY

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No. 2:19-CR-00043-MCE

12          Plaintiff,

                                       **STIPULATION AND ORDER TO**
13      v.                             **CONTINUE STATUS CONFERENCE**

14  ALICIA McCOY,
                                       Judge: Honorable Morrison C. England.
15

            Defendant.
16

17                        **STIPULATION**

18
    1.     By previous order this case was set for status conference on July 9, 2020.
19
    2.     By this stipulation, the defendant requests to move the status conference to
20
    October 15, 2020 and to exclude time between July 9, 2020 and October 15, 2020 under Local
21
    Code T4.
22
    3.     The parties agree and stipulate, and request that the Court find the following:
23
           (a)    Counsel for defendant desires time to consult with his client, review the
24
    discovery, conduct investigation and otherwise prepare for trial.
25
           (b)    Counsel for defendant believes failure to grant the above-requested
26
    continuance would deny her the reasonable time necessary for effective preparation, taking into
27
    account the exercise of due diligence.
28

    {00030813}

    STIPULATION AND ORDER                                [Case No. 2:19-CR-00043-MCE]

1        (c)    The government does not object to the continuance.

2        (d)    Based on the above-stated findings, the ends of justice served by

3 continuing the case as requested outweigh the interest of the public and the defendant in a trial

4 within the original date prescribed by the Speedy Trial Act.

5        (e)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.

6 § 3161, *et seq.*, within which trial must commence, the time period of July 9, 2020 to October 15,

7 2020, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code

8 T4] because it results from a continuance granted by the Court at defendant's request on the basis

9 of the Court's finding that the ends of justice served by taking such action outweigh the best

10 interest of the public and the defendant in a speedy trial.

11

12 Dated:  July 1, 2020.        Respectfully submitted,

13

14 By    /s/ David M. Garland for
        GRANT RABENN
        ASSISTANT UNITED STATES ATTORNEY

15

16

17 Dated:  July 1, 2020.

18

19 By    /s/ David M. Garland
        DAVID GARLAND
        Attorneys for ALICIA McCOY

20

21

22

23

24

25

26

27

28

BARTH DALY LLP
ATTORNEYS AT LAW
DAVIS, CALIFORNIA

{00030813}        - 2 -

STIPULATION AND ORDER        [Case No. 2:19-CR-00043-MCE]

**ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered:

The status conference of July 9, 2020 is vacated.  The status conference will be reset for October 15, 2020.  The Court finds excludable time through October 15, 2020 under Title 18, United States Code Section 3161(h)(7)(B)(iv) and Local Code T4 to allow for preparation of counsel.  The Court finds that the interests of justice are best served by granting the request and outweigh the interests of the public and the defendant in a speedy trial.  (18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv).)

IT IS SO ORDERED.

Dated:  July 2, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

BARTH DALY LLP
ATTORNEYS AT LAW
DAVIS, CALIFORNIA

{00030813}                          - 3 -

STIPULATION AND ORDER                                        [Case No. 2:19-CR-00043-MCE]