David M. Garland, SBN 223679
455 Capitol Mall #802
Sacramento, California 95814
Telephone: (916) 366-1069
Email:  dgarland@rocketmail.com

Attorney for Defendant
ALICIA McCOY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALICIA McCOY,<br><br>Defendant. | Case No. 2:19-CR-00043-MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Judge: Honorable Morrison C. England. |

**STIPULATION**

1.      By previous order this case was set for status conference on October 15, 2020.

2.      By this stipulation, the defendant requests to move the status conference to January 7, 2021 and to exclude time between October 15, 2020 and January 7, 2021 under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

(a)      Counsel for defendant desires time to consult with his client, review the discovery, conduct investigation and otherwise prepare for trial.

(b)      Counsel for defendant believes failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

(c)      The government does not object to the continuance.

///

///

Barth Daly LLP
Attorneys at Law
Davis, California

{00030813}

1    (d)    Based on the above-stated findings, the ends of justice served by

2    continuing the case as requested outweigh the interest of the public and the defendant in a trial

3    within the original date prescribed by the Speedy Trial Act.

4    (e)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.

5    § 3161, *et seq.*, within which trial must commence, the time period of October 15, 2020 to

6    January 7, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv)

7    [Local Code T4] because it results from a continuance granted by the Court at defendant's request

8    on the basis of the Court's finding that the ends of justice served by taking such action outweigh

9    the best interest of the public and the defendant in a speedy trial.

10

11    Dated:  October 12, 2020.                Respectfully submitted,

12

13    By___ /s/ David M. Garland for _____
                GRANT RABENN
14                ASSISTANT UNITED STATES ATTORNEY

15

16    Dated:  October 12, 2020.

17

18    By___ /s/ David M. Garland _____
                DAVID GARLAND
19                Attorney for ALICIA McCOY

20

21

22

23

24

25

26

27

28

Barth Daly LLP
Attorneys at Law
Davis, California

STIPULATION AND ORDER                [Case No. 2:19-CR-00043-MCE]

1

## **<u>ORDER</u>**

2      GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered:

3      The status conference of October 15, 2020 is vacated.  The status conference will be reset

4 for January 7, 2021.  The Court finds excludable time through January 7, 2021 under Title 18,

5 United States Code Section 3161(h)(7)(B)(iv) and Local Code T4 to allow for preparation of

6 counsel.  The Court finds that the interests of justice are best served by granting the request and

7 outweigh the interests of the public and the defendant in a speedy trial.  (18 U.S.C.

8 § 3161(h)(7)(A), (h)(7)(B)(iv).)

9      **IT IS SO ORDERED.**

10 Dated:  October 13, 2020

11

12 _____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BARTH DALY LLP
ATTORNEYS AT LAW
DAVIS, CALIFORNIA

STIPULATION AND ORDER                                      [Case No. 2:19-CR-00043-MCE]