1  David M. Garland, SBN 223679
   455 Capitol Mall #802
2  Sacramento, California 95814
   Telephone: (916) 366-1069
3  Email:  dgarland@rocketmail.com

4  Attorney for Defendant
   ALICIA McCOY

5

6

7                      IN THE UNITED STATES DISTRICT COURT

8                    FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,          | Case No. 2:19-CR-00043-MCE

11                   Plaintiff,        | **STIPULATION AND ORDER TO**
                                       | **CONTINUE STATUS CONFERENCE**
12          v.

13  ALICIA McCOY,                      | Judge: Honorable Morrison C. England.

14                   Defendant.

15

16                                **STIPULATION**

17      1.      By previous order this case was set for status conference on January 7, 2021.

18      2.      By this stipulation, the defendant requests to move the status conference to April

19  22, 2021 and to exclude time between January 7, 2021 and April 22, 2021 under Local Code T4.

20      3.      The parties agree and stipulate, and request that the Court find the following:

21              (a)     Counsel for defendant desires time to consult with his client, review the

22  discovery, conduct investigation and otherwise prepare for trial.

23              (b)     Counsel for defendant believes failure to grant the above-requested

24  continuance would deny her the reasonable time necessary for effective preparation, taking into

25  account the exercise of due diligence.

26              (c)     The government does not object to the continuance.

27              (d)     Based on the above-stated findings, the ends of justice served by

28  continuing the case as requested outweigh the interest of the public and the defendant in a trial

{00030813}

BARTH DALY LLP
ATTORNEYS AT LAW
DAVIS, CALIFORNIA

1    within the original date prescribed by the Speedy Trial Act.

2              (e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.

3    § 3161, *et seq.*, within which trial must commence, the time period of January 7, 2021 to April

4    22, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local

5    Code T4] because it results from a continuance granted by the Court at defendant's request on the

6    basis of the Court's finding that the ends of justice served by taking such action outweigh the best

7    interest of the public and the defendant in a speedy trial.

8

9    Dated:  January 6, 2021.                    Respectfully submitted,

10

11                                   By ___ /s/ David M. Garland for _____
                                          GRANT RABENN
12                                        ASSISTANT UNITED STATES ATTORNEY

13

14   Dated:  January 6, 2021.

15

16                                   By ___ /s/ David M. Garland _____
                                          DAVID GARLAND
17                                        Attorney for ALICIA McCOY

18

19

20

21

22

23

24

25

26

27

28

{00030813}                          - 2 -

BARTH DALY LLP
ATTORNEYS AT LAW
DAVIS, CALIFORNIA

**ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered:

The status conference of January 7, 2021 is vacated.  The status conference will be reset for April 22, 2021.  The Court finds excludable time through April 22, 2021 under Title 18, United States Code Section 3161(h)(7)(B)(iv) and Local Code T4 to allow for preparation of counsel.  The Court finds that the interests of justice are best served by granting the request and outweigh the interests of the public and the defendant in a speedy trial.  (18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv).)

IT IS SO ORDERED.

Dated:  January 15, 2021

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

BARTH DALY LLP
ATTORNEYS AT LAW
DAVIS, CALIFORNIA

{00030813}                                          - 3 -

STIPULATION AND ORDER                                    [Case No. 2:19-CR-00043-MCE]