Law Office of David Garland
DAVID M. GARLAND CA SBN 223679
455 Capitol Mall #802
Sacramento, CA 95814
Telephone: (916) 366-1069
Email: dgarland@rocketmail.com

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

           Plaintiff,

vs.

ALICIA MCCOY,

           Defendant

Case No. 2:19-CR-00043-MCE

STIPULATION AND [~~PROPOSED~~]ORDER
AMENDING DEFENDANT'S SPECIAL
CONDITIONS OF SUPERVISED RELEASE

## STIPULATION

        Plaintiff, United States of America, by and through its counsel of record, Paul

Hemesath, and Defendant Alicia McCoy, represented by Attorney David Garland, stipulate to

and request an order amending Defendant's Special Conditions of Supervised Release as

follows: that the Location Monitoring (Curfew) condition be removed effective immediately.

All other conditions of the Defendant's Pre-Trial Release shall remain in effect.

Pre-Trial Services Representative Ali Mirgain, is aware of this requested order and stipulation and consents to the same.

IT IS SO STIPULATED.

Dated: April 30, 2021          PHILLIP A. TALBERT
                               Acting United States Attorney

_____

Dated: April 30, 2021          /s/ PAUL HEMESATH
                               Assistant United States Attorney

Dated:  April 30, 2021         /s/ DAVID GARLAND
                               Attorney for Alicia McCoy


**ORDER**

IT IS SO FOUND AND ORDERED this 3rd day of May 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE