PHILLIP A. TALBERT
Acting United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>        v.<br><br>ALICIA MARIE McCOY,<br><br>               Defendant. | CASE NO. 2:19-CR-00043-MCE<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER**<br><br>DATE: July 8, 2021<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through her counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on July 8, 2021.

2.      By this stipulation, the defendant now moves to continue the status conference until **August 12, 2021**, **at 10:00 a.m.**, and to exclude time between July 8, 2021, and August 12, 2021, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      This case alleges a conspiracy to distribute controlled substances on the dark web. The evidence in this case is complex and involves the use of multiple websites and links.

        b)      The government has produced voluminous discovery to the defendant and her co-conspirators. Defense counsel is reviewing the discovery and conducting its own investigation

regarding potential defenses in the case.

c)      Counsel for the defendant desires additional time to conduct research, review discovery, and investigate potential defenses in this matter.  This investigation is necessary to ensure that potential defenses are explored and discussed with the defendant.  These defense tasks have been complicated and delayed as a result of the difficulties wrought by the COVID-19 pandemic.

d)      Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)      The government does not object to the continuance.

f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 8, 2021, to August 12, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///

///

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.


IT IS SO STIPULATED.


Dated:  July 5, 2021                              PHILLIP A. TALBERT
                                                  Acting United States Attorney


                                                  /s/ SAM STEFANKI
                                                  SAM STEFANKI
                                                  Assistant United States Attorney


Dated:  July 5, 2021                              /s/ DAVID GARLAND
                                                  DAVID GARLAND
                                                  Counsel for Defendant
                                                  ALICIA MARIE McCOY


                                    **ORDER**

IT IS SO ORDERED.


        Dated:  July 6, 2021


                                    _____
                                    MORRISON C. ENGLAND, JR.
                                    SENIOR UNITED STATES DISTRICT JUDGE