PHILLIP A. TALBERT
Acting United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:19-CR-00043-MCE |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| ALICIA MARIE McCOY, | DATE: August 12, 2021<br>TIME: 10:00 a.m. |
| Defendant. | COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through her counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on August 12, 2021.

2.      By this stipulation, the defendant now moves to continue the status conference until October 28, 2021, and to exclude time between August 12, 2021, and October 28, 2021, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      This case alleges a conspiracy to distribute controlled substances on the dark web. The evidence in this case is complex and involves the use of multiple websites and links.

b)      The government has produced voluminous discovery to the defendant and her co-conspirators.  Defense counsel is reviewing the discovery and conducting its own investigation regarding potential defenses in the case.

c)     Counsel for the defendant desires additional time to conduct research, review discovery, and investigate potential defenses in this matter.  This investigation is necessary to ensure that potential defenses are explored and discussed with the defendant.  These defense tasks have been complicated and delayed as a result of the difficulties wrought by the COVID-19 pandemic.

d)     Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)     The government does not object to the continuance.

f)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 12, 2021, to October 28, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.


IT IS SO STIPULATED.


Dated:  August 6, 2021                           PHILLIP A. TALBERT
                                                 Acting United States Attorney


                                                 /s/ SAM STEFANKI
                                                 SAM STEFANKI
                                                 Assistant United States Attorney


Dated:  August 6, 2021                           /s/ DAVID GARLAND
                                                 DAVID GARLAND
                                                 Counsel for Defendant
                                                 ALICIA MARIE McCOY


# ORDER

With one modification, the Court adopts the stipulation of the parties as its order.  After the parties filed this stipulation, the Court continued this matter on its own motion to August 19, 2021. Accordingly, the August 19, 2021, hearing is hereby VACATED and CONTINUED to October 28, 2021.  Time is excluded as set forth above.

IT IS SO ORDERED.

Dated:  August 17, 2021


_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE