PHILLIP A. TALBERT
Acting United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00043-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| ALICIA MARIE McCOY, | DATE: January 27, 2022<br>TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 27, 2022, with time excluded under the Speedy Trial Act through that date. ECF No. 172. The case was recently reassigned and all pending dates vacated. ECF No. 174.

2. By this stipulation, the defendant now moves to set the matter for status on January 27, 2022, and to exclude time between November 10, 2021, and January 27, 2022, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) This case alleges a conspiracy to distribute controlled substances on the dark web. The evidence in this case is complex and involves the use of multiple websites and links.

///

///

    b)  The government has produced voluminous discovery to the defendant and her co-conspirators.  Defense counsel is reviewing the discovery and conducting its own investigation regarding potential defenses in the case.

    c)  The government recently extended a plea agreement offer to the defendant.  Defense counsel desires additional time to analyze, discuss, and review the terms of the government's proposed resolution with his client.

    d)  Counsel for the defendant further desires additional time to conduct research, review discovery, and investigate potential defenses in this matter.  This investigation is necessary to ensure that all potentially viable defenses are explored and discussed with the defendant.  These defense tasks have been complicated and delayed as a result of the difficulties created by the COVID-19 pandemic.

    e)  Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    f)  The government does not object to the continuance.

    g)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    h)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 10, 2021, to January 27, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 10, 2021                     PHILLIP A. TALBERT
                                             Acting United States Attorney

                                             /s/ SAM STEFANKI
                                             SAM STEFANKI
                                             Assistant United States Attorney


Dated: November 10, 2021                     /s/ DAVID GARLAND
                                             DAVID GARLAND
                                             Counsel for Defendant
                                             ALICIA MARIE McCOY

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 12th day of November, 2021. The matter is set for status on January 27, 2022, at 9:30 a.m. The parties shall appear before the Court at that date and time.

Dated: November 12, 2021

                                             _____
                                             Troy L. Nunley
                                             United States District Judge

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3