1  PHILLIP A. TALBERT
   United States Attorney
2  SAM STEFANKI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8             IN THE UNITED STATES DISTRICT COURT

9             EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,              CASE NO.  2:19-CR-00043-TLN

11                      Plaintiff,        STIPULATION REGARDING EXCLUDABLE
                                          TIME PERIODS UNDER SPEEDY TRIAL ACT;
12          v.                            ORDER

13 ALICIA MARIE McCOY,                    DATE: January 27, 2022
                                          TIME: 9:30 a.m.
14                      Defendant.        COURT: Hon. Troy L. Nunley

15

16                              **STIPULATION**

17        Plaintiff United States of America (the "government"), by and through its counsel of record, and

18 the defendant, by and through her counsel of record, hereby stipulate as follows:

19        1.      By previous order, this matter was set for status on January 27, 2022, with time excluded

20 under the Speedy Trial Act through that date.  ECF No. 172.

21        2.      By this stipulation, the defendant now moves to continue the status conference until April

22 7, 2022, at 9:30 a.m., and to exclude time between January 27, 2022, and April 7, 2022, under Local

23 Code T4.

24        3.      The parties agree and stipulate, and request that the Court find the following:

25               a)      This case alleges a conspiracy to distribute controlled substances on the dark web.

26 The evidence in this case is complex and involves the use of multiple websites and links.

27               b)      The government has produced voluminous discovery to the defendant and her co-

28 conspirators.  The government will shortly be producing additional discovery in the form of

image files and potentially making further evidence available for review by the defendant and her counsel.  Defense counsel is reviewing the previously produced discovery and conducting its own investigation regarding potential defenses in the case.

c)   The government recently extended a plea agreement offer to the defendant. Defense counsel desires additional time to analyze, discuss, and review the terms of the government's proposed resolution with his client, particularly in light of the parties' continuing discussions regarding discovery.

d)   Counsel for the defendant further desires additional time to conduct research, review discovery, and investigate potential defenses in this matter.  This investigation is necessary to ensure that all potentially viable defenses are explored and discussed with the defendant.  These defense tasks have been complicated and delayed as a result of the difficulties created by the COVID-19 pandemic.

e)   Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f)   The government does not object to the continuance.

g)   Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

h)   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 27, 2022, to April 7, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///

///

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.


IT IS SO STIPULATED.


Dated:  January 25, 2022                            PHILLIP A. TALBERT
                                                   United States Attorney


                                                   /s/ SAM STEFANKI
                                                   SAM STEFANKI
                                                   Assistant United States Attorney



Dated:  January 25, 2022                            /s/ DAVID GARLAND
                                                   DAVID GARLAND
                                                   Counsel for Defendant
                                                   ALICIA MARIE McCOY



**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 25th day of January, 2022.




                                                   Troy L. Nunley
                                                   United States District Judge