PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00043-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| ALICIA MARIE McCOY, | DATE: August 25, 2022<br>TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, Alicia McCoy, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on August 25, 2022, with time excluded under the Speedy Trial Act through that date.

2. By this stipulation, the defendant now moves to continue the status conference until October 20, 2022, at 9:30 a.m., and to exclude time between August 25, 2022, and October 20, 2022, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) This case alleges a conspiracy to distribute controlled substances on the dark web. The evidence in this case is complex and involves the use of multiple websites and links.

///

///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

      b)      The government has produced voluminous discovery to the defendant and her co-conspirators.  This discovery consists of thousands of pages of documents, images, recordings, and other materials.

      c)      Defense counsel was newly appointed to represent the defendant in June.  Newly appointed defense counsel requires additional time to review discovery, familiarize herself with this case, discuss potential resolutions with her client, and otherwise prepare for trial.

      d)      Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)      The government does not object to the continuance.

      f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 25, 2022, to October 20, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 17, 2022                    PHILLIP A. TALBERT
                                          United States Attorney


                                          /s/ SAM STEFANKI
                                          SAM STEFANKI
                                          Assistant United States Attorney


Dated: August 17, 2022                    /s/ KELLY BABINEAU
                                          KELLY BABINEAU
                                          Counsel for Defendant
                                          ALICIA MARIE McCOY


## ORDER

IT IS SO FOUND AND ORDERED this 18th day of August, 2022.


                                          Troy L. Nunley
                                          United States District Judge