PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00043-DAD |
| Plaintiff, | STIPULATION REGARDING STATUS CONFERENCE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| ALICIA McCOY, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and defendant Alicia McCoy, by and through her counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for status on October 20, 2022, before United States District Judge Troy L. Nunley. ECF No. 215. Time was excluded under the Speedy Trial Act through that date. ECF No. 215. On August 25, 2022, this matter was reassigned to United States District Judge Dale A. Drozd. ECF No. 216.

2.  By this stipulation, the defendant now moves to set the matter for status on January 10, 2023, and to exclude time between October 20, 2022, and January 10, 2023, under Local Code T4.

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  The government has represented that the discovery associated with this case includes thousands of pages of documents, law enforcement reports, audio recordings, and other

STIPULATION RE STATUS CONFERENCE AND
EXCLUDABLE TIME

1

1   materials, including technical information obtained by law enforcement from encrypted portions

2   of the internet known as the dark web.  All of this discovery has been either produced directly to

3   counsel or made available for inspection and copying.

4           b)      Counsel for the defendant was appointed in June, at which point the government

5   re-produced the aforementioned discovery.  Since her appointment, counsel for the defendant has

6   been diligently reviewing this discovery and discussing the matter with her client.  Defense

7   counsel recently requested additional discovery from the government, and the parties are

8   negotiating regarding this request.

9           c)      Counsel for the defendant desires additional time to receive and review

10  forthcoming discovery, review discovery previously produced, explore potential defenses,

11  discuss the matter with her client, and otherwise prepare for trial.

12          d)      Counsel for the defendant believes that failure to set the matter for status in

13  January and grant the above-requested continuance would deny her the reasonable time

14  necessary for effective preparation, taking into account the exercise of due diligence.

15          e)      The government does not object to the continuance.

16          f)      Based on the above-stated findings, the ends of justice served by setting the

17  matter for status in January and continuing the case as requested outweigh the interest of the

18  public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

19          g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

20  et seq., within which trial must commence, the time period of October 20, 2022, to January 10,

21  2023, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code

22  T4] because it results from a continuance granted by the Court at the defendant's request on the

23  basis of the Court's finding that the ends of justice served by taking such action outweigh the

24  best interest of the public and the defendant in a speedy trial.

25  ///

26  ///

27  ///

28  ///

STIPULATION RE STATUS CONFERENCE AND
EXCLUDABLE TIME

2

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2    Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3    must commence.

4

5    IT IS SO STIPULATED.

6

7

8    Dated:  October 20, 2022                                 PHILLIP A. TALBERT
                                                              United States Attorney
9

10                                                           /s/ SAM STEFANKI
                                                             SAM STEFANKI
11                                                           Assistant United States Attorney

12

13   Dated:  October 20, 2022                                /s/ KELLY BABINEAU
                                                             KELLY BABINEAU
14                                                           Counsel for Defendant ALICIA McCOY

15

16

17                                        **ORDER**

18           Pursuant to the stipulation of the parties, the status conference currently scheduled for October

19   20, 2022, is vacated and the status conference is now scheduled for January 10, 2023, at 9:30 a.m.  Time

20   is excluded from October 20, 2022, to January 10, 2023, under Local Code T4, in order to provide

21   defense counsel adequate time to prepare.  No further continuances of the status conference in this

22   action, in which an indictment was returned on March 7, 2019, absent a compelling showing of good

23   cause.

24           IT IS SO ORDERED.

25   Dated:    **October 20, 2022**                          _Dale A. Drozd_

26                                                           UNITED STATES DISTRICT JUDGE

27

28

STIPULATION RE STATUS CONFERENCE AND                         3
EXCLUDABLE TIME