KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau
455 Capitol Mall, Suite 801
Sacramento, CA 95814
Tel:(916) 442-4948
kbabineau@klblawoffice.net

Attorney for ALICIA MCCOY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | No. 2:19-CR-00043 DAD |
| Plaintiff, ) | |
| ) | STIPULATION AND |
| v.  ) | FINDINGS AND ORDER |
| ) | TO CONTINUE STATUS CONFERENCE |
| ) | UNDER SPEEDY TRIAL ACT |
| ALICIA MCCOY, ) | |
| ) | Date: February 21, 2023 |
| Defendants. ) | Time: 9:30 a.m. |
| _____) | Judge: Hon. Dale A. Drozd |

STIPULATION

1. By previous order, this matter was set for status on January 10, 2023.

2. By this stipulation, defendant now moves to continue the status conference until February 21, 2023, and to exclude time between January 10, 2023, and February 21, 2023, under Local Code T4 (18 U.S.C. §3161(h)(7)(A), (B)(iv).)

3. The parties agree and stipulate, and request that the Court find the following:

   a. A substitution of attorney was filed on June 8, 2022, requesting the substitution of Kelly Babineau for David Garland. The Court granted the motion for substitution on June 9, 2022.

-1-

b. The government has previously produced digital discovery and approximately 3000 pages of discovery, which include video and audio interview files. After a preliminary review of the discovery, defense counsel determined that some of the items produced did not play and that the defendant's recorded statement was missing from the discovery defense received from garland. This requested discovery was attempted to be produced in early December. However, defense counsel was / is having a difficult time accessing the system utilized by the government for discovery production. Defense counsel has spoken with the AUSA and anticipated resolving this problem this week and will have the new discovery by the end of the week.

c. Ms. McCoy lives in Illinois and has been in regular contact with defense counsel. However, counsel for defendant desires additional time to receive and review the forthcoming discovery, review previously produced discovery and to review the discovery, potential defenses and possible plea / resolutions with defendant.

d. In addition, defense counsel was assigned out to trial in *People v. Penermon,* Sacramento Superior Court 20FE004134. That matter has mandated defense counsel's time and attention recently. That matter has concluded, and defense counsel is now planning on arranging to visit defendant in person, to fully discuss the case and work towards either resolution or setting it for trial.

    e.  Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    f.  The government does not object to the continuance.

    g.  Based upon the above-stated facts, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    h.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 10, 2023, to February 21, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), Local Code T4, because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provision of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  January 4, 2023                    Respectfully submitted,

                                                /s/ Kelly Babineau
                                                KELLY BABINEAU
                                                Attorney for Alicia McCoy

Dated: January 4, 2023                    /s/ Sam Stefanki
                                          SAM STEFANKI
                                          Assistant U.S. Attorney

## FINDINGS AND ORDER

Pursuant to the stipulation of the parties, the status conference scheduled for January 10, 2023, is vacated and continue February 21, 2023, at 9:30 a.m. and time is excluded between January 10, 2023, and February 21, 2023, under Local Code T4 (18 U.S.C. §3161(h)(7)(A), (B)(iv).) No further continuances of the status conference in this case will be granted absent a compelling showing of good cause.

IT IS SO ORDERED.

Dated:   **January 4, 2023**                    _____
                                                UNITED STATES DISTRICT JUDGE