LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
ALICIA McCOY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ALICIA McCOY,<br><br>　　　　Defendant. | Case No.: 2:19-cr-043 DAD<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:　　February 21, 2023<br>Time:　　9:30 a.m.<br>Court:　　Hon. Dale A. Drozd |

　　　　Plaintiff United States of America by and through Assistant United States Attorney Sam Stefanki, and Attorney Todd D. Leras on behalf of Defendant Alicia McCoy, stipulate as follows:

　　1. This matter is presently set for a status conference on February 21, 2023. By this stipulation, Defendant McCoy moves to continue the status conference to May 16, 2023.

ORDER CONTINUING STATUS CONFERENCE

2. This case involves distribution of controlled substances through a portion of the internet known as the dark web. Attorney Kelly Babineau represented Defendant McCoy since June 2022. On January 31, 2023, California Governor Gavin Newsom announced the appointment of Ms. Babineau to be a judge of the Nevada County Superior Court. On February 7, 2023, Ms. Babineau submitted a request, entitled "Substitution of Appointed Counsel", requesting that Attorney Todd D. Leras substitute into this case as appointed counsel for Defendant McCoy. This Court approved the proposed substitution by an order filed on February 13, 2023. (ECF Document 235).

3. The government has produced discovery consisting of approximately 3,000 pages of materials to predecessor defense counsel. These discovery materials are subject to a protective order. (ECF Document 43). By its express terms, the protective order's restrictions require that the discovery materials be withheld from successor counsel "unless and until substitute counsel agrees to be bound by this Order …" The parties are presently formalizing a stipulation regarding continuity of the protective order and anticipate release of the discovery materials to successor counsel on or before February 21, 2023.

4. Once a discovery protective order is in place, substitute counsel will require time to review the discovery materials, familiarize himself with any defense investigation completed to date, and to discuss these matters with Ms. McCoy. In addition, defense counsel anticipates undertaking additional defense investigation. The defense therefore requests to continue the status conference in this matter to May 16, 2023, at

ORDER CONTINUING STATUS
CONFERENCE

9:30 a.m., and to exclude time between February 21, 2023 and May 16, 2023, inclusive, under Local Code T-4. The United States does not oppose this request.

5. Attorney Todd Leras represents and believes that failure to grant additional time as requested would deny Defendant McCoy the reasonable time necessary for effective preparation, considering the exercise of due diligence.

6. Based on the above-stated facts, Defendant McCoy requests that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendant in a trial within the time prescribed by the Speedy Trial Act.

7. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of March 25, 2021 to May 20, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant McCoy's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

8. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

/ / /

/ / /

/ / /

ORDER CONTINUING STATUS CONFERENCE

Assistant U.S. Attorney Sam Stefanki has reviewed this proposed order and authorized Todd D. Leras via email to sign it on his behalf.

DATED: February 16, 2023         PHILLIP A. TALBERT
                                 United States Attorney

                                 By   */s/ Todd D. Leras for*
                                     SAM STEFANKI
                                     Assistant United States Attorney

DATED: February 15, 2023

                                 By   */s/ Todd D. Leras*
                                     TODD D. LERAS
                                     Attorney for Defendant
                                     ALICIA McCOY

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter, scheduled for February 21, 2023, is vacated.  A new status conference is scheduled for May 16, 2023, at 9:30 a.m.  The Court further finds, based on the representations of the parties and Defendant McCoy's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial.  Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from February 21, 2023, up to and including May 26, 2023.

IT IS SO ORDERED.

Dated:   **February 16, 2023**         _Dale A. Drozd_
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING STATUS CONFERENCE