LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
ALICIA McCOY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>ALICIA McCOY,<br><br>      Defendant. | Case No.: 2:19-cr-043 DJC<br><br>STIPULATION AND ORDER SETTING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

      This matter was set for a status conference before United States District Judge Dale A. Drozd to be held on May 16, 2023. The May 16th status conference was set pursuant to a stipulation between the parties excluding time under the Speedy Trial Act. (ECF Document 237). On April 6, 2023, Chief Judge Mueller issued an Order Reassigning Case (the "Reassignment Order") to this Court for all further proceedings. The Reassignment Order vacated all pending dates and directed the parties to meet and confer about setting a new date before this Court.

ORDER SETTING STATUS CONFERENCE

Plaintiff United States of America by and through Assistant United States Attorney Sam Stefanki, and Attorney Todd D. Leras on behalf of Defendant Alicia McCoy, have met and conferred regarding scheduling of this matter and stipulate as follows:

1. Defendant McCoy moves to set a new status conference on June 29, 2023. The defense also moves to exclude time under the Speedy Trial Act between May 16, 2023, and June 29, 2023.

2. This case involves distribution of controlled substances through a portion of the internet known as the dark web. Attorney Kelly Babineau had represented Defendant McCoy since June 2022. On January 31, 2023, California Governor Gavin Newsom announced the appointment of Ms. Babineau to be a judge of the Nevada County Superior Court. On February 7, 2023, Ms. Babineau submitted a request, entitled "Substitution of Appointed Counsel", requesting that Attorney Todd D. Leras substitute into this case as appointed counsel for Defendant McCoy. Judge Drozd approved the proposed substitution by an order filed on February 13, 2023. (ECF Document 235).

3. The government has produced as discovery approximately 3,000 pages of materials to predecessor defense counsel. Substitute counsel is presently reviewing these materials with Ms. McCoy and investigating potential defense information and sentencing mitigation in the event of a negotiated resolution of this matter. Ms. McCoy is currently released under pre-trial conditions and is being supervised near her home in the Chicago area. Given the relatively recent appointment of successor counsel and Ms. McCoy's present residence, defense counsel requires additional

ORDER SETTING STATUS
CONFERENCE

preparation time.  Defense counsel therefore requests to set this matter for a status conference on June 29, 2023.  The defense also requests to exclude time between May 16, 2023, and June 29, 2023, inclusive, under Local Code T-4.  The United States does not oppose this request.

4. Attorney Todd Leras represents and believes that failure to grant additional time as requested would deny Defendant McCoy the reasonable time necessary for effective preparation, considering the exercise of due diligence.

5. Based on the above-stated facts, Defendant McCoy requests that the Court find that the ends of justice served by setting the status conference on the requested date outweigh the best interest of the public and the Defendant in a trial within the time prescribed by the Speedy Trial Act.

6. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*., within which trial must commence, the time period of May 16, 2023, to June 29 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B)(iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant McCoy's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

7. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

/ / /

/ / /

ORDER SETTING STATUS CONFERENCE

Assistant U.S. Attorney Sam Stefanki has reviewed this proposed order and authorized Todd D. Leras via email to sign it on his behalf.

DATED:  April 17, 2023

PHILLIP A. TALBERT
United States Attorney

By    */s/ Todd D. Leras for*
SAM STEFANKI
Assistant United States Attorney

DATED:  April 17, 2023

By    */s/ Todd D. Leras*
TODD D. LERAS
Attorney for Defendant
ALICIA McCOY

ORDER SETTING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that a status conference for this matter is set on June 29, 2023, at 9:00 a.m. The Court further finds, based on the representations of the parties and Defendant McCoy's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from May 16, 2023, up to and including June 29, 2023.

IT IS SO ORDERED.

DATED:  April 17, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

ORDER SETTING STATUS CONFERENCE