LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
ALICIA McCOY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ALICIA McCOY,<br><br>    Defendant. | Case No.: 2:19-cr-043 DJC<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:   June 29, 2023<br>Time:   9:00 a.m.<br>Court:  Hon. Daniel J. Calabretta |

    Plaintiff United States of America by and through Assistant United States Attorney Sam Stefanki, and Attorney Todd D. Leras on behalf of Defendant Alicia McCoy, stipulate as follows:

    1.   Defendant McCoy requests to continue the status conference in this matter to

         September 21, 2023.  The defense also moves to exclude time under the Speedy Trial

ORDER CONTINUING STATUS
CONFERENCE

Act between June 29, 2023, and September 21, 2023.

2. This case involves distribution of controlled substances through a portion of the internet known as the dark web.  Attorney Kelly Babineau represented Defendant McCoy since June 2022.  On January 31, 2023, California Governor Gavin Newsom appointed Ms. Babineau to be a judge of the Nevada County Superior Court.  On February 7, 2023, Ms. Babineau submitted a request, entitled "Substitution of Appointed Counsel", requesting that Attorney Todd D. Leras substitute into this case as appointed counsel for Defendant McCoy.  United States District Judge Dale A. Drozd  approved the proposed substitution by an order filed on February 13, 2023.  (ECF Document 235).

3. On April 6, 2023, Chief Judge Mueller issued an Order Reassigning Case from Judge Drozd to this Court for all further proceedings.  The parties subsequently requested to set a status conference before this Court on June 29, 2023.

4. The government previously produced as discovery approximately 3,000 pages of materials, including reports, videotapes, photographs, and other materials produced during investigation of this matter.  Ms. Babineau included these discovery materials within the file she released to substitute counsel.

5. Substitute counsel continues to review the discovery materials with Ms. McCoy and to investigate potential defenses and sentencing mitigation information in the event of a negotiated resolution of this matter.

6. Defense counsel recently notified the government that approximately 60 pages of discovery materials and various native files, all of which the government had

ORDER CONTINUING STATUS CONFERENCE

previously discovered to predecessor counsel, were missing from the materials turned over with Ms. McCoy's file.  The government promptly reproduced these materials.  Defense counsel is presently reviewing them and has scheduled a meeting with Ms. McCoy to discuss them with her.

7. Ms. McCoy is currently released under pre-trial conditions and is being supervised near her home in the Chicago area. Given the relatively recent appointment of successor counsel and Ms. McCoy's present residence, defense counsel requires additional preparation time.  Defense counsel therefore requests to continue the status conference to September 21, 2023.  The defense also requests to exclude time between June 29, 2023, and September 21, 2023, inclusive, under Local Code T-4. The United States does not oppose this request.

8. Attorney Todd Leras represents and believes that failure to grant additional time as requested would deny Defendant McCoy the reasonable time necessary for effective preparation, considering the exercise of due diligence.

9. Based on the above-stated facts, Defendant McCoy requests that the Court find that the ends of justice served by setting the status conference on the requested date outweigh the best interest of the public and the Defendant in a trial within the time prescribed by the Speedy Trial Act.

10. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of June 29, 2023, to September 21, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance

ORDER CONTINUING STATUS CONFERENCE

granted by the Court at Defendant McCoy's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

11. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Sam Stefanki has reviewed this proposed order and authorized Todd D. Leras via email to sign it on his behalf.

DATED: June 23, 2023

PHILLIP A. TALBERT
United States Attorney

By  /s/ Todd D. Leras for
SAM STEFANKI
Assistant United States Attorney

DATED: June 23, 2023

By  /s/ Todd D. Leras
TODD D. LERAS
Attorney for Defendant
ALICIA McCOY

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference for this matter presently set on June 29, 2023, at 9:00 a.m., is vacated.  A new status conference is scheduled for September 21, 2023, at 9:00 a.m.  The Court further finds, based on the representations of the parties and Defendant McCoy's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial.  Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from June 29, 2023, up to and including September 21, 2023.

**IT IS SO ORDERED.**

Dated: June 23, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING STATUS CONFERENCE