LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
ALICIA McCOY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>ALICIA McCOY,<br><br>              Defendant. | Case No.: 2:19-cr-00043 DJC<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:    November 16, 2023<br>Time:    9:00 a.m.<br>Court:  Hon. Daniel J. Calabretta |

        Plaintiff United States of America by and through Assistant United States Attorney Sam

Stefanki, and Attorney Todd D. Leras on behalf of Defendant Alicia McCoy, stipulate as

follows:

        1.    Defendant McCoy requests to continue the status conference in this matter to

              November 16, 2023.  The defense also moves to exclude time under the Speedy Trial

ORDER CONTINUING STATUS
CONFERENCE

Act between September 21, 2023, and November 16, 2023.

2. This case involves distribution of controlled substances through a portion of the internet known as the dark web.  Attorney Kelly Babineau represented Defendant McCoy since June 2022.  On January 31, 2023, California Governor Gavin Newsom appointed Ms. Babineau to be a judge of the Nevada County Superior Court.  On February 7, 2023, Ms. Babineau submitted a request, entitled "Substitution of Appointed Counsel", requesting that Attorney Todd D. Leras substitute into this case as appointed counsel for Defendant McCoy.  United States District Judge Dale A. Drozd  approved the proposed substitution by an order filed on February 13, 2023. (ECF Document 235).

3. On April 6, 2023, Chief Judge Mueller issued an Order Reassigning Case from Judge Drozd to this Court for all further proceedings.  The parties thereafter continued this matter by stipulation, including the request to set a status conference on September 21, 2023.  On September 5, 2023, the Courtroom Deputy sent out an email indicating that the Court is no longer available to hear the matters set on September 21, 2023. The email further requested that the parties meet and confer regarding setting a future status conference date before the Court on an available date.

4. The government previously produced as discovery approximately 3,000 pages of materials, including reports, videotapes, photographs, and other materials produced during investigation of this matter.  Ms. Babineau included these discovery materials within the file she released to substitute counsel.

5. Substitute counsel continues to review the discovery materials with Ms. McCoy and

ORDER CONTINUING STATUS
CONFERENCE

to investigate potential defenses and sentencing mitigation information in the event of a negotiated resolution of this matter.  Ms. McCoy is presently released on pre-trial conditions and supervised near her home in the Chicago region.  Defense counsel is presently in the process of scheduling a trip to Chicago, along with the defense investigator, to meet with Ms. McCoy.  This meeting is for the purpose of conducting in person review of documentary evidence and videotaped post-arrest interviews of Ms. McCoy and Codefendants David White and Jason Arnold.  This meeting is necessary to explore potential defenses in this matter.

6. Given the continuing defense investigation and the anticipated meeting with Ms. McCoy in Chicago, defense counsel requires additional preparation time.  Defense counsel therefore requests to continue the status conference to November 16, 2023. The defense also requests to exclude time between September 21, 2023, and November 16, 2023, inclusive, under Local Code T-4.  The United States does not oppose this request.

7. Attorney Todd Leras represents and believes that failure to grant additional time as requested would deny Defendant McCoy the reasonable time necessary for effective preparation, considering the exercise of due diligence.

8. Based on the above-stated facts, Defendant McCoy requests that the Court find that the ends of justice served by setting the status conference on the requested date outweigh the best interest of the public and the Defendant in a trial within the time prescribed by the Speedy Trial Act.

9. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et*

ORDER CONTINUING STATUS
CONFERENCE

*seq.*, within which trial must commence, the time period of September 21, 2023, to November 16, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant McCoy's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

10. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Sam Stefanki has reviewed this proposed order and authorized Todd D. Leras via email to sign it on his behalf.

DATED:  September 12, 2023              PHILLIP A. TALBERT
                                        United States Attorney

                                        By   */s/ Todd D. Leras for*
                                             SAM STEFANKI
                                             Assistant United States Attorney

DATED:  September 12, 2023

                                        By   */s/ Todd D. Leras*
                                             TODD D. LERAS
                                             Attorney for Defendant
                                             ALICIA McCOY

ORDER CONTINUING STATUS
CONFERENCE

## ORDER

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference for this matter presently set on September 21, 2023, at 9:00 a.m., is vacated.  A new status conference is scheduled for November 16, 2023, at 9:00 a.m. The Court further finds, based on the representations of the parties and Defendant McCoy's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial.  Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from September 21, 2023, up to and including November 16, 2023.

IT IS SO ORDERED.

DATED:  September 13, 2023                    /s/ Daniel J. Calabretta
                                             THE HONORABLE DANIEL J. CALABRETTA
                                             UNITED STATES DISTRICT JUDGE

ORDER CONTINUING STATUS
CONFERENCE