LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
ALICIA MCCOY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>ALICIA MARIE MCCOY,<br><br>         Defendant. | Case No.: 2:19-cr-043 DJC<br><br>WAIVER OF PERSONAL APPEARANCE AND ORDER |

Alicia McCoy, defendant in the above-entitled action, hereby waives her right to be present in open court as provided in Rule 43 of the Federal Rules of Criminal Procedure for any status conference or non-evidentiary motion hearing in this matter.  The appearance waiver includes any appearance involving a continuance either before or after trial, including a hearing at which a trial date is selected.  The waiver does not extend to arraignment, entry of plea, change of plea, any motion hearing at which evidence and/or testimony is presented, or any trial stage from selecting a jury to verdict, nor does it apply to imposition of sentence.

WAIVER OF APPEARANCE

Defendant requests that the Court proceed during every permitted absence as set out in the preceding paragraph.  Defendant agrees that her interests will be deemed represented at all times by the presence of her attorney in the same manner as if she were personally present in court.  She further agrees that she will be present in court and ready for trial of the matter on any day or hour that the Court may fix in her absence.

Defendant acknowledges that she has been informed of her rights under the Speedy Trial Act (Title 18, United States Code, Sections 3161-3174).  Defendant expressly authorizes her attorney to set dates, including permissible delays and continuances pursuant to the Speedy Trial Act, without the requirement of her being personally present.  Defendant has reviewed this Waiver of Appearance and authorized her counsel to sign it for her via email.

DATED:  November 13, 2023

By     /s/ Alicia McCoy
       ALICIA MCCOY
       Defendant
       [Via Email Authorization]

I agree with and consent to Defendant Alicia McCoy's waiver of personal appearance at future proceedings.

DATED:  November 13, 2023

By     /s/ Todd D. Leras
       TODD D. LERAS
       Attorney for Defendant
       ALICIA MCCOY

IT IS SO ORDERED.

Dated:  November 14, 2023         /s/ Daniel J. Calabretta
                                  THE HONORABLE DANIEL J. CALABRETTA
                                  UNITED STATES DISTRICT JUDGE

WAIVER OF APPEARANCE