```
LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
ALICIA McCOY
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>ALICIA McCOY,<br><br>       Defendant. | Case No.: 2:19-cr-043 DJC<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:   January 25, 2024<br>Time:   9:00 a.m.<br>Court:  Hon. Daniel J. Calabretta |

  Plaintiff United States of America by and through Assistant United States Attorney Sam Stefanki, and Attorney Todd D. Leras on behalf of Defendant Alicia McCoy, stipulate as follows:

  1. Defendant McCoy requests to continue the status conference in this matter to February 15, 2024.  The defense also moves to exclude time under the Speedy Trial

ORDER CONTINUING STATUS
CONFERENCE

Act between January 25, 2024, and February 15, 2024.

2. This case involves distribution of controlled substances through a portion of the internet known as the dark web.  Attorney Kelly Babineau represented Defendant McCoy between June 2022 and February 2023.  Attorney Babineau requested to withdraw from representing Ms. McCoy after Governor Newsom appointed her to be a judge in Nevada County Superior Court.   On February 7, 2023, Ms. Babineau submitted a request, entitled "Substitution of Appointed Counsel", requesting that Attorney Todd D. Leras substitute into this case as appointed counsel for Defendant McCoy.  United States District Judge Dale A. Drozd  approved the proposed substitution by an order filed on February 13, 2023.  (ECF Document 235).

3. On April 6, 2023, Chief Judge Mueller issued an Order Reassigning Case from Judge Drozd to this Court for all further proceedings.  The parties thereafter continued this matter periodically by stipulation.   The parties appeared in person before this Court at the most recent status conference held on November 16, 2023.  During the November 16th status conference, the parties explained the progress of the case after Mr. Leras' substitution as counsel, including the following information:

a).  The government previously produced as discovery approximately 3,000 pages of materials, including reports, videotapes, photographs, and other materials produced during investigation of this matter.  Ms. Babineau included these discovery materials within the file she released to substitute counsel.

b).  Ms. McCoy is presently released on pre-trial conditions and supervised at all relevant times since Mr. Leras' substitution into this matter, near her home in the

ORDER CONTINUING STATUS CONFERENCE

Chicago region. Defense counsel along with his defense investigator need to schedule a trip to Chicago to meet with Ms. McCoy. The meeting is for the purpose of reviewing documentary evidence and videotaped post-arrest interviews of Ms. McCoy and Codefendants David White and Jason Arnold. The meeting is necessary to explore potential defenses in this matter and advise Ms. McCoy regarding a proposed settlement agreement between the parties.

c). Defense counsel is simultaneously preparing a RICO conspiracy case for a trial, which is scheduled to begin jury selection on February 26, 2024, against alleged leaders and members of the Aryan Brotherhood prison gang (*U.S. v. Yandell, et al.*, Case No. 2:19-cr-0107 KJM).

d). Given recent developments in the *Yandell* matter, including several changes of plea, along with travel difficulties presented by the Thanksgiving and Christmas holiday seasons as well as recent severe weather in the Chicago area, defense counsel needs additional time to complete his in-person meeting with Ms. McCoy.

4. Defense counsel therefore requests to continue the status conference to February 15, 2024. The defense also requests to exclude time between January 25, 2024, and February 15, 2024, inclusive, under Local Code T-4. The United States does not oppose this request.

5. Attorney Todd Leras represents and believes that failure to grant additional time as requested would deny Defendant McCoy the reasonable time necessary for effective preparation, considering the exercise of due diligence.

6. Based on the above-stated facts, Defendant McCoy requests that the Court find that

ORDER CONTINUING STATUS CONFERENCE

the ends of justice served by setting the status conference on the requested date outweigh the best interest of the public and the Defendant in a trial within the time prescribed by the Speedy Trial Act.

7. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of January 25, 2024, to February 15, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant McCoy's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

8. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Sam Stefanki has reviewed this proposed order and authorized Todd D. Leras via email to sign it on his behalf.

DATED: January 19, 2024                PHILLIP A. TALBERT
                                       United States Attorney

                                       By   */s/ Todd D. Leras for*
                                            SAM STEFANKI
                                            Assistant United States Attorney

DATED: January 19, 2024

                                       By   */s/ Todd D. Leras*
                                            TODD D. LERAS
                                            Attorney for Defendant
                                            ALICIA McCOY

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference for this matter presently set for January 25, 2024, at 9:00 a.m., is vacated.  A new status conference is scheduled for February 15, 2024, at 9:00 a.m. The Court further finds, based on the representations of the parties and Defendant McCoy's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial.  Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from January 25, 2024, up to and including February 15, 2024.

IT IS SO ORDERED.

Dated:  January 19, 2024          /s/ Daniel J. Calabretta
                                  THE HONORABLE DANIEL J. CALABRETTA
                                  UNITED STATES DISTRICT JUDGE

ORDER CONTINUING STATUS CONFERENCE