LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
ALICIA McCOY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>ALICIA McCOY,<br><br>  Defendant. | Case No.: 2:19-cr-043 DJC<br><br>NOTICE OF REQUEST TO FILE DOCUMENTS UNDER SEAL AND ORDER SEALING DOCUMENTS<br><br>Date:  September 26, 2024<br>Time:  9:00 a.m.<br>Court:  Hon. Daneil J. Calabretta |

Defendant, Alicia McCoy, by and through her counsel Attorney Todd D. Leras, provides notice that she is requesting to file documents under seal. Specifically, she request to file under seal documents designated as Request to File Under Seal as well as the entirety of the Declaration of Attorney Todd D. Leras (and attached Exhibits), which were submitted to the Court and government counsel by email as required by Local Rule 141(b) and (e)(2). This Notice of Request to File Documents Under Seal and Order shall be filed on the public docket as

NOTICE OF REQUEST TO FILE
DOCUMENT AND PHOTOS UNDER SEAL

required under Local Rule 141(d).

   The Defense respectfully requests that the documents designated for filing under seal in this Notice remain under seal until further order of the Court.

Dated:  September 23, 2024          */s/ Todd D. Leras*

NOTICE OF REQUEST TO FILE
DOCUMENT AND PHOTOS UNDER SEAL

**ORDER**

Pursuant to Local Rule 141(b), Defendant's Request to Seal and the Declaration of Attorney Todd D. Leras (including its attached Exhibits) shall be sealed until further order of this Court.

IT IS SO ORDERED.

Dated:  September 23, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE