LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
ALICIA McCOY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALICIA McCOY,<br><br>Defendant. | Case No.: 2:19-cr-043 DJC<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:   December 12, 2024<br>Time:   9:00 a.m.<br>Court:  Hon. Daniel J. Calabretta |

Plaintiff United States of America by and through Assistant United States Attorney Sam Stefanki, and Attorney Todd D. Leras on behalf of Defendant Alicia McCoy, stipulate to the following matters, which they believe constitute good cause to continue this matter for change of plea hearing:

ORDER CONTINUING STATUS CONFERENCE

1. Defendant McCoy requests to continue this matter for a change of plea hearing on January 30, 2025. The defense also moves to exclude time under the Speedy Trial Act between December 12, 2024, and January 30, 2025.

2. This case involves distribution of controlled substances through a portion of the internet known as the dark web. The government previously produced as discovery approximately 3,000 pages of materials, including reports, videotapes, photographs, and other materials produced during investigation of this matter. Ms. McCoy is released on pre-trial conditions near her home in suburban Chicago. The location of her home and her medical conditions necessitated counsel's travel to facilitate review of the discovery with her.

3. The parties appeared in person before the Court for a status conference on August 15, 2024. On that date, defense counsel explained the status of the case. The parties negotiated a revised settlement agreement which the government approved and emailed to defense counsel one week before the August 15th status conference.

4. The Court noted the age of the case at the August 15th hearing and agreed to set the matter for a change of plea hearing on September 26, 2024, without setting a trial date, cautioning that any additional continuance of the matter might make the setting of a trial date necessary.

5. Defense counsel thereafter continued preparing Ms. McCoy for a potential change of plea via telephone conferences with her. However, on September 10, 2024, Ms. McCoy underwent emergency surgery for a serious medical condition. Her medical records related to the procedure were filed separately under seal to protect the

ORDER CONTINUING STATUS CONFERENCE

confidentiality of her records (ECF Entries 262 and 264).  The Court thereafter approved a stipulation to continue the status conference/change of plea hearing to November 14, 2024 (ECF Entry 263).

6. During the week of November 4, 2024, defense counsel informed the assigned prosecutor that Defendant McCoy is still taking pain medication in the aftermath of her emergency surgery.  Defense counsel further informed the prosecutor that the medication would likely impede Defendant McCoy's ability to get through a change of plea colloquy.  In addition, Ms. McCoy remained under an airplane travel restriction which required her to be accompanied by a third party during the necessary flight from Chicago to Sacramento.

7. Given Ms. McCoy's continuing use of pain medication and her travel restriction, defense counsel requested to continue the change of plea hearing to December 12, 2024.  (ECF Document 269).  The Court thereafter approved the request.  (ECF Document 270).

8. On December 5, 2024, defense counsel learned that Ms. McCoy's medical condition had worsened.  Defense counsel promptly informed government counsel of this development.  Defense counsel then requested to file under seal a document describing Ms. McCoy's current medical condition and its impact on her ability to travel to Sacrament from Chicago for the change of plea hearing on December 12, 2024.  (ECF Document 271).

9. Based on Ms. McCoy's present medical circumstances, Defendant requests to continue the change of plea hearing to January 30, 2025.  The government does not

ORDER CONTINUING STATUS CONFERENCE

oppose the request. Furthermore, the government is not at the present time requesting the setting of a jury trial date due to the unusual circumstances resulting from Ms. McCoy's medical condition.

10. Defense counsel and a defense investigator met with Ms. McCoy at her home in Illinois over the period from June 9 through 13, 2024. During the trip to Illinois, the defense investigator obtained records related to Ms. McCoy's medical history and condition. These matters continue to be the subject of continuing investigation into potential sentencing mitigation. Given recent developments in Ms. McCoy's medical history, this defense investigation is continuing and supports an exclusion of time between December 12, 2024, and January 30, 2025, inclusive, under Local Code T-4.

11. Attorney Todd Leras represents and believes that failure to grant additional time as requested would deny Defendant McCoy the reasonable time necessary for effective preparation, considering the exercise of due diligence.

12. Based on the above-stated facts, Defendant McCoy requests that the Court find that the ends of justice served by setting the status conference/change of plea hearing on the requested date outweigh the best interest of the public and the Defendant in a trial within the time prescribed by the Speedy Trial Act.

13. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of December 12, 2024, to January 30, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant McCoy's request on the basis that the ends of

justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

14. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Sam Stefanki has authorized Todd D. Leras via email to sign this stipulation on his behalf.

DATED:  December 9, 2024                         PHILLIP A. TALBERT
                                                 United States Attorney

                                                 By    */s/ Todd D. Leras for*
                                                    SAM STEFANKI
                                                    Assistant United States Attorney


DATED:  December 9, 2024

                                                 By    */s/ Todd D. Leras*
                                                    TODD D. LERAS
                                                    Attorney for Defendant
                                                    ALICIA McCOY

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES AND GOOD CAUSE APPEARING TO EXIST, it is hereby ordered that the change of plea hearing presently set for December 12, 2024, at 9:00 a.m., is vacated.  A new change of plea hearing is scheduled for January 30, 2025, at 9:00 a.m.  The Court further finds, based on the representations of the parties, the documents requested to be filed under seal on December 6, 2024, and Defendant McCoy's request for a continuance, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial.  Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from December 12, 2024, up to and including January 30, 2025.  The parties are aware that any further continuance of the change of plea hearing without the setting of a trial date will be denied in the absence of good cause.

IT IS SO ORDERED.

Dated:  December 9, 2024           /s/ Daniel J. Calabretta
                                    THE HONORABLE DANIEL J. CALABRETTA
                                    UNITED STATES DISTRICT JUDGE

ORDER CONTINUING STATUS CONFERENCE