LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
ALICIA McCOY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ALICIA McCOY,<br><br>　　　　　Defendant. | Case No.: 2:19-cr-043 DJC<br><br>SEALING ORDER<br><br>Date:  March 13, 2025<br>Time:  9:00 a.m.<br>Court:  Hon. Daneil J. Calabretta |

**ORDER**

Pursuant to Local Rule 141(b), Defendant's Request to Seal and the Declaration of Attorney Todd D. Leras (including its attached Exhibit) shall be sealed until further order of this Court.

IT IS SO ORDERED.

Dated: January 31, 2025　　　　　　　　/s/ Daniel J. Calabretta
　　　　　　　　　　　　　　　　　　　THE HONORABLE DANIEL J. CALABRETTA
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

SEALING ORDER