1  LAW OFFICE OF TODD D. LERAS
   Todd D. Leras, CA SBN 145666
2  455 Capitol Mall, Suite 802
   Sacramento, California 95814
3  (916) 969-9370
   toddleras@gmail.com
4  Attorney for Defendant
   ALICIA McCOY
5

6

7
                    UNITED STATES DISTRICT COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9

10                                    | Case No.: 2:19-cr-043 DJC

11 UNITED STATES OF AMERICA,

12         Plaintiff,                 | ORDER TO VACATE SENTENCING
                                      | HEARING AND SET DATE AS TO STATUS
13 vs.                                | OF SETING SENTENCING HEARING

14 ALICIA MARIE MCCOY,

15         Defendant.                 | Court:   Hon. Daniel J. Calabretta
                                      | Date:    September 18, 2025
16

17

18

19

20

21     This matter is currently set for a Sentencing Hearing on September 18, 2025.  Defendant

22 has completed her probation interview, and the Probation Department has prepared a draft

23 Presentence Investigation Report (PSR).  Defendant Alicia McCoy is released on pre-trial

24 conditions and lives in Oakbrook Terrace, Illinois, a suburb of Chicago.  She suffers from

25 various medical conditions, including seizures, which require her to be escorted by a defense

26 investigator to and from her court appearances in Sacramento.

27

ORDER VACATING SENTENCING
HEARING AND SETTING STATUS
AS TO SETTING SENTENCING HEARING

Defense counsel intends to present comprehensive records and reports as to Ms. McCoy's physical condition in support of the defense sentencing request. The written plea agreement between the parties permits the defendant to urge whatever sentence she and her counsel deem appropriate.

As of early July 2025, and continuing to the present time, Congress has failed to approve supplemental funding to pay attorneys, investigators, and experts working on matters pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A (hereafter "CJA"). CJA payments to attorneys, experts, and investigators working on behalf of indigent defendants in federal cases is not expected to resume until, at the earliest, the beginning of the new fiscal year on October 1, 2025. This includes reimbursement of travel expenses such as hotel rooms, rental cars, and authorized per diem meal payments. A potential government shutdown may delay payments even longer than October 1, 2025, unless the House of Representatives and the Senate approve additional government funding in late September.

The practical result of the funding situation in this case is that it results in uncertainty as to when the investigator/mitigation specialist will receive payment for services performed and reimbursable expenses, including the cost of escorting Defendant McCoy to her Sentencing Hearing. The same is true for professional services rendered by defense counsel in the case. In addition, Defendant is indigent and will require financial assistance in travelling to and from Sacramento. Defense counsel therefore requests to vacate the Sentencing Hearing on September 18, 2025, and to vacate the remaining PSR disclosure schedule. It is further requested that the matter be set for a Status Conference as to Setting of a Sentencing Hearing Date on October 9, 2025, at 9:00 a.m.

Defense counsel believes that the current CJA funding situation constitutes good cause for the request. October 9, 2025, is one of this Court's first regular criminal calendar hearing date following the beginning of the new fiscal year. It is therefore one of the earliest dates after which resumption of CJA payments may occur and selection of a Sentencing Hearing is possible. The parties will promptly set a new Sentencing Hearing, and a modified PSR disclosure

1  schedule, if Congress approves a supplement to CJA funding before October 1, 2025.

2      The request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial

3  Act is not required.  The government does not oppose the request because the procedural posture

4  of the case does not impact on the public's interest in a speedy trial.  Assistant U.S. Attorney

5  Samuel Stefanki has authorized Todd D. Leras via email to sign this stipulation on his behalf.

6  DATED: August 20, 2025

By   */s/ Todd D. Leras for*
     SAMUEL STEFANKI
     Assistant United States Attorney

10  DATED: August 20, 2025

By   */s/ Todd D. Leras*
     TODD D. LERAS
     Attorney for Defendant
     ALICIA MCCOY

ORDER VACATING SENTENCING
HEARING AND SETTING STATUS
AS TO SETTING SENTENCING HEARING

**ORDER**

GOOD CAUSE APPEARING BASED ON THE REPRESENTATIONS OF DEFENSE COUNSEL, the Sentencing Hearing, set for September 18, 2025, is vacated. The remaining PSR disclosure schedule is also vacated. A Status Conference as to Scheduling of a Sentencing Hearing is set for October 9, 2025, at 9:00 a.m. The parties shall promptly select a new Sentencing Hearing and modified PSR disclosure schedule if Congress approves supplemental CJA funding before October 1, 2025.

IT IS SO ORDERED.

Dated:  August 21, 2025                     /s/ Daniel J. Calabretta
                                            THE HONORABLE DANIEL J. CALABRETTA
                                            UNITED STATES DISTRICT JUDGE