LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 969-9370
toddleras@gmail.com
Attorney for Defendant
ALICIA McCOY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-00043-DJC-3 |
| Plaintiff, | ORDER TO SET SENTENCING HEARING AND PARTIAL PSR DISCLOSURE SCHEDULE |
| vs. | |
| ALICIA MARIE MCCOY, | |
| Defendant. | Court:   Hon. Daniel J. Calabretta<br>Date:    October 9, 2025 |

This matter is currently set for a Status as to Setting a Sentencing Hearing on October 9, 2025. The Court granted a prior request to vacate a Sentencing Hearing set on September 18, 2025, due to a lapse in funding to pay for the services of appointed counsel, investigators, and expert witnesses pursuant to the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A. By this stipulation, the parties request to set a Sentencing Hearing on December 11, 2025, at 9:00 a.m.

ORDER SETTING SENTENCING
HEARING AND PARTIAL
PSR DISCLOSURE SCHEDULE

Defendant has completed her probation interview, and the Probation Department has prepared a draft Presentence Investigation Report (PSR). Defendant Alicia McCoy is released on pre-trial conditions and lives in Oakbrook Terrace, Illinois, a suburb of Chicago. She suffers from various medical conditions, including seizures, which require her to be escorted by a defense investigator to and from her court appearances in Sacramento.

Defense counsel intends to present comprehensive records and reports as to Ms. McCoy's physical condition in support of the defense sentencing request. The written plea agreement between the parties permits the defendant to urge whatever sentence she and her counsel deem appropriate, including those based on the history and characteristics of the offender (18 U.S.C. § 3553(a)).

Since July 3, 2025, and continuing to the present time, Congress has failed to approve funding to pay attorneys, investigators, and experts working on CJA matters. Payments were anticipated to resume at the beginning of the new fiscal year on October 1, 2025. This includes reimbursement for travel expenses incurred in connection with the case, such as hotel rooms, rental cars, and authorized per diem meal payments. As of October 1, 2025, a government shutdown of uncertain duration occurred due to the failure of the Executive Branch and Congress to reach an agreement regarding the funding of the government and its services.

The practical result of the funding situation in this case is that it results in uncertainty as to when the investigator/mitigation specialist will receive payment for services performed and reimbursable expenses, including the cost of escorting Defendant McCoy to her Sentencing Hearing. The same is true for professional services rendered by defense counsel in the case. In addition, Defendant is indigent and will require financial assistance in travelling to and from

ORDER SETTING SENTENCING
HEARING AND PARTIAL
PSR DISCLOSURE SCHEDULE

Sacramento.  Defense counsel therefore requests to set a Sentencing Hearing on December 11, 2025, and to modify the remaining PSR disclosure schedule as follows:

1. Informal Objection Letter Due:    November 6, 2025

2. Final PSR Due:    November 20, 2025

3. Motion for Correction Due:    November 27, 2025

4. Reply Due:    December 4, 2025

Defense counsel requests to set the Sentencing Hearing on December 11, 2025, with the expectation that the government shutdown will resolve sufficiently in advance of that date to allow the matter to proceed to sentencing.  The assigned prosecutor and probation officer agree with the proposal to set the Sentencing Hering on the requested date.  If the government shutdown and funding crisis continue until the beginning of November 2025, defense counsel will request to continue the Sentencing Hearing based on good cause, or move for such other relief as may be warranted due to the failure to pay appointed CJA counsel and service providers.

The request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required.  The government does not oppose the request because the procedural posture of the case does not impact on the public's interest in a speedy trial.  Assistant U.S. Attorney Samuel Stefanki has authorized Todd D. Leras via email to sign this stipulation on his behalf.

DATED: October 2, 2025

By     */s/ Todd D. Leras for*
    SAMUEL STEFANKI
    Assistant United States Attorney

DATED: October 2, 2025

By     */s/ Todd D. Leras*
    TODD D. LERAS
    Attorney for Defendant
    ALICIA MCCOY

ORDER SETTING SENTENCING
HEARING AND PARTIAL
PSR DISCLOSURE SCHEDULE

**ORDER**

BASED ON THE REPRESENTATIONS OF DEFENSE COUNSEL, a Sentencing Hearing is set for December 11, 2025, at 9:00 a.m.  The Status as to Setting a Sentencing Hearing, scheduled for October 9, 2025, is vacated.  The Court adopts the remaining PSR disclosure schedule proposed by the parties.

IT IS SO ORDERED.

Dated:  October 3, 2025              /s/ Daniel J. Calabretta
                                     THE HONORABLE DANIEL J. CALABRETTA
                                     UNITED STATES DISTRICT JUDGE

ORDER SETTING SENTENCING
HEARING AND PARTIAL
PSR DISCLOSURE SCHEDULE