```
1  LAW OFFICE OF TODD D. LERAS
   Todd D. Leras, CA SBN 145666
2  455 Capitol Mall, Suite 802
   Sacramento, California 95814
3  (916) 969-9370
4  toddleras@gmail.com
   Attorney for Defendant
5  ALICIA McCOY
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ALICIA MARIE MCCOY,<br><br>    Defendant. | Case No.: 2:19-cr-043 DJC<br><br>ORDER TO CONTINUE SENTENCING HEARING AND PARTIALLY MODIFY PSR DISCLOSURE SCHEDULE<br><br>Court:  Hon. Daniel J. Calabretta<br>Date:   December 11, 2025 |

   This matter is currently set for a Sentencing Hearing on December 11, 2025. Due to a lapse in funding to pay for the services of appointed counsel, investigators, and expert witnesses pursuant to the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A, defense counsel has not yet been able to complete his mitigation investigation and obtain additional funding necessary to proceed with sentencing of this case. By previous stipulation (ECF Document 290), defense

ORDER CONTINUING SENTENCING
HEARING AND PARTIALLY MODIFYING
PSR DISCLOSURE SCHEDULE

counsel indicated that he would be seeking continuance of the Sentencing Hearing if the CJA funding crisis continued until the beginning of November 2025. A continuing resolution to address the funding crisis was not signed by the President until November 13, 2025. Defense counsel and the assigned investigator have yet to receive back payments as described below. Defense counsel therefore requests to continue a Sentencing Hearing on February 19, 2026, at 9:00 a.m. The government does not oppose the request.

      Defendant has completed her probation interview, and the Probation Department has prepared a draft Presentence Investigation Report (PSR). Defendant Alicia McCoy is released on pre-trial conditions and lives in Oakbrook Terrace, Illinois, a suburb of Chicago. She suffers from various medical conditions, including seizures, which require her to be escorted by a defense investigator to and from her court appearances in Sacramento.

      Defense counsel intends to present comprehensive records and reports as to Ms. McCoy's physical condition in support of the defense sentencing request. The written plea agreement between the parties permits the defendant to urge whatever sentence she and her counsel deem appropriate, including those based on the history and characteristics of the offender (18 U.S.C. § 3553(a)).

      Following July 3, 2025, Congress failed to approve funding to pay attorneys, investigators, and experts working on CJA matters. Payments were anticipated to resume at the beginning of the new fiscal year on October 1, 2025. This included reimbursement for travel expenses incurred in connection with the case, such as hotel rooms, rental cars, and authorized per diem meal payments.

      From October 1, 2025 to November 13, 2025, a government shutdown occurred due to

ORDER CONTINUING SENTENCING
HEARING AND PARTIALLY MODIFYING
PSR DISCLOSURE SCHEDULE

the failure of the Executive Branch and Congress to reach an agreement regarding the funding of the government and its services. This shutdown was of uncertain duration until the Senate advanced a continuing resolution on November 12, 2025. The President signed a continuing resolution on November 13, 2025. Despite approval of the continuing resolution, defense counsel and the investigator working on this matter have not yet received back payments for services provided in this matter as of November 19, 2025. The backlog for CJA payments are anticipated to be cleared by the first week of December 2025.

The practical result of the funding situation in this case is that as of the date of this stipulation the timing of back payments for attorney and investigator/mitigation specialist services remains uncertain. In addition, Defendant is indigent and will require financial assistance in travelling to and from Sacramento. Advance payment for escorting Defendant McCoy to her sentencing hearing therefore may not occur sufficiently in advance of the current December 11 Sentencing Hearing. Defense counsel therefore requests to continue the Sentencing Hearing to February 19, 2026, and to modify the remaining PSR disclosure schedule as follows:

1.  Informal Objection Letter Due:     January 22, 2026
2.  Final PSR Due:                     January 29, 2026
3.  Motion for Correction Due:         February 5, 2026
4.  Reply Due:                         February 12, 2026

The assigned prosecutor and probation officer are available on the requested date. They have also approved the proposed modification to the PSR disclosure schedule.

The request to continue follows a guilty plea so an exclusion of time pursuant to the

ORDER CONTINUING SENTENCING
HEARING AND PARTIALLY MODIFYING
PSR DISCLOSURE SCHEDULE

Speedy Trial Act is not required. The government does not oppose the request because the procedural posture of the case does not impact on the public's interest in a speedy trial. Assistant U.S. Attorney Samuel Stefanki has authorized Todd D. Leras via email to sign this stipulation on his behalf.

DATED: November 19, 2025

By   */s/ Todd D. Leras for*
SAMUEL STEFANKI
Assistant United States Attorney

DATED: November 19, 2025

By   */s/ Todd D. Leras*
TODD D. LERAS
Attorney for Defendant
ALICIA MCCOY

ORDER CONTINUING SENTENCING
HEARING AND PARTIALLY MODIFYING
PSR DISCLOSURE SCHEDULE

# ORDER

BASED ON THE REPRESENTATIONS OF DEFENSE COUNSEL, the Sentencing Hearing for Defendant Alicia McCoy is continued to February 19, 2026, at 9:00 a.m. The Court adopts the remaining PSR disclosure schedule proposed by the parties.

IT IS SO ORDERED.

Dated: November 19, 2025        /s/ Daniel J. Calabretta
                                THE HONORABLE DANIEL J. CALABRETTA
                                UNITED STATES DISTRICT JUDGE

ORDER CONTINUING SENTENCING HEARING AND PARTIALLY MODIFYING PSR DISCLOSURE SCHEDULE